

NUMBER 13-14-00440-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

VICTOR SANCHEZ,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

On appeal from the 214th District Court
of Nueces County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before and Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is before the Court on appellant's motion for extension of time to file the brief.   Appellant's brief was originally due to be filed on October 29, 2014.   This Court granted four motions to extend the briefing deadline.   On April 12, 2015, this Court granted a motion to substitute counsel.   Appellant's current counsel has been granted

one extension of time to file the brief and is now requesting an extension of 30 days to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order.

Appellant's motion for extension of time to file the brief is hereby GRANTED, and the Honorable Colin B. Amann, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before June 5, 2015.   Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of May, 2015.